**Continuing Abatement Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-01020-CR

———————

**JEROME TERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1468004**

## CONTINUING ABATEMENT ORDER

On May 10, 2016, this court directed the trial court to make written findings of fact and conclusions of law on the denial of appellant's motion to suppress. Our order required the trial judge to order the trial clerk to forward a supplemental clerk's record containing the findings and conclusions. The court's findings and conclusions were to be filed with the clerk of this court on or before June 9, 2016. To date, the court has not received the findings.

Accordingly, the trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this Court on or before **November 3, 2016.**

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

It is so ORDERED.

PER CURIAM